AO 455 (Rev. 5/85) Waiver of Indictment

*Sealed*

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

CR 07-122-RWR

WAIVER OF INDICTMENT

**FILED**
JUL 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER:

I, __Edward Chen__, the above named defendant, who is accused of

18 USC §371, 1341

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/13/2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer