U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED
JUL 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

                                            :  Case No.  07-0122 (RWR)

EDWARD CHUA, :

        Defendant. :

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __13 th__ day of __JULY, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __a date convenient to both parties__ by __Special Agent Patrick Westerhaus__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Federal Bureau of Investigation__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Patrick Westerhaus__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge RICHARD W. ROBERTS

DEFENSE COUNSEL

DOJ USA-16-1-80