**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | **CRIMINAL NO. 07-122 (RWR)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **UNDER SEAL** |
| | **:** | |
| **EDWARD CHUA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF**
**GOVERNMENT'S MOTION TO UNSEAL**

The government submits the following in support of its *Ex Parte* Motion to Unseal, which

was filed on September 26, 2007: On October 5, 2007, Mitchell Seltzer, Esq., counsel to

defendant Edward Chua, informed the government that he has no objection to the immediate

unsealing of pleadings, transcripts, and other related matters in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

By:    _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-3702

STEVEN A. TYRRELL
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:    _____/s/_____
HANK BOND WALTHER
Trial Attorney
D.C. Bar No. 477218
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
DATED: October 5, 2007          (202) 257-6176

## CERTIFICATE OF SERVICE

This is to certify that this 5th day of October, 2007, I served by facsimile and first-class mail a copy of the Government's Supplemental Memorandum in Support of its Motion to Unseal, along with the proposed Order, on the following counsel of record:

Mitchell M. Seltzer, Esquire
717 D Street, N.W.
Suite #310
Washington, D.C.  20004

Counsel for Edward Chua



_____/s/_____
Michael K. Atkinson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | **CRIMINAL NO. 07-122 (RWR)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **UNDER SEAL** |
| | **:** | |
| **EDWARD CHUA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

Upon motion of the United States of America, good cause having been shown, together with the

Defendant's consent, it is hereby

ORDERED that the government's Motion to Unseal is GRANTED.

It is further

ORDERED that the Information and all related matters in this case shall be unsealed as of 9 a.m.

on Friday, October 5, 2007.

Entered in Washington, D.C., this _____ day of_____, 2007.


_____
RICHARD W. ROBERTS
United States District Judge

cc:    Michael K. Atkinson
       Assistant United States Attorney
       United States Attorney's Office
       555 Fourth Street, N.W., Room 5915
       Washington, D.C.  20530

       Hank Bond Walther
       Trial Attorney
       U.S. Department of Justice
       Criminal Division, Fraud Section
       1400 New York Avenue, N.W., 3rd Floor
       Washington, D.C.  20005

       Mitchell M. Seltzer, Esquire
       717 D Street, N.W.
       Suite #310
       Washington, D.C.  20004