UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 07-122 (RWR) |
| v. | : | |
| | : | UNDER SEAL    **UNSEALED** |
| EDWARD CHUA, | : | |
| Defendant. | : | |

### ORDER

Upon motion of the United States of America, good cause having been shown, together with the Defendant's consent, it is hereby

ORDERED that the government's Motion to Unseal is GRANTED.

It is further

ORDERED that the Information and all related matters in this case shall be unsealed as of 9 a.m. on Friday, October 5, 2007.

Entered in Washington, D.C., this 9th day of October, 2007.

_____
RICHARD W. ROBERTS
United States District Judge