UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
        v.                         :      Criminal No. 07-0122 (RWR)
                                   :
                                   :
EDWARD CHUA,                       :
                                   :
        Defendant.                 :

**ORDER**

FILED
OCT 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WHEREAS**, on July 13, 2007, the defendant Edward Chua pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Curran's sentencing date be postponed for three months and that the parties submit a joint status report by October 11, 2007; and

**WHEREAS**, on October 10, 2007, the parties filed a Joint Status Report requesting that defendant Chua's sentencing date be postponed an additional three months in order to allow defendant Chua to continue to provide additional assistance to the government's ongoing investigation.

Based on the above and the entire record in this matter, it is this 11th day of October 2007 hereby

**ORDERED** that the parties shall file a Joint Status Report on or before January 7, 2008, informing the Court about the status of the ongoing investigation.

_____
Richard W. Roberts
United States District Court Judge


cc:  Michael K. Atkinson
     Assistant United States Attorney
     United States Attorney's Office
     555 4th Street, N.W.
     Washington, D.C. 20530

     Hank B. Walther
     Trial Attorney
     U.S. Department of Justice
     Criminal Division, Fraud Section
     1400 New York Avenue, N.W.
     Washington, D.C. 20005

     Mitchell Seltzer, Esq.
     717 D Street, NW
     Suite 310
     Washington, D.C. 20004