UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 07-122 (RWR) |
| v. | : | |
| | : | UNDER SEAL   **FILED** |
| EDWARD CHUA, | : | OCT - 5 2007 |
| | : UNSEALED | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF GOVERNMENT'S MOTION TO UNSEAL

The government submits the following in support of its *Ex Parte* Motion to Unseal, which was filed on September 26, 2007: On October 5, 2007, Mitchell Seltzer, Esq., counsel to defendant Edward Chua, informed the government that he has no objection to the immediate unsealing of pleadings, transcripts, and other related matters in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

By: _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-3702

                                STEVEN A. TYRRELL
                                Chief, Fraud Section
                                Criminal Division
                                United States Department of Justice

                    By:       */s/*
                                HANK BOND WALTHER
                                Trial Attorney
                                D.C. Bar No. 477218
                                Fraud Section, Criminal Division
                                United States Department of Justice
                                1400 New York Avenue, NW
                                Washington, D.C. 20005
DATED: October 5, 2007              (202) 257-6176

## CERTIFICATE OF SERVICE

This is to certify that this 5th day of October, 2007, I served by facsimile and first-class mail a copy of the Government's Supplemental Memorandum in Support of its Motion to Unseal, along with the proposed Order, on the following counsel of record:

Mitchell M. Seltzer, Esquire
717 D Street, N.W.
Suite #310
Washington, D.C. 20004

Counsel for Edward Chua


_____
Michael K. Atkinson