UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 07-0122 (RWR) |
| : | |
| EDWARD CHUA, : | |
| : | |
| Defendant. : | |

## STATUS REPORT

On July 13, 2007, the Court held a plea hearing in which defendant Edward Chua pled guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461).  At that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by October 11, 2007.  On October 10, 2007, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation.  The Court granted that request and instructed the parties to file a status report by January 7, 2007.

The government now requests that the Court set a sentencing date for defendant Chua in April 2008.  The government proposes the following dates: April 10, April 11, April 3, and April 4.

Counsel for the government has conferred with counsel for defendant Chua, and he concurs with proceeding with setting a sentencing date on one of the four dates proposed above.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                IN AND FOR THE DISTRICT OF COLUMBIA

BY:          /s/ Michael K. Atkinson
                Michael K. Atkinson
                Assistant United States Attorney
                D.C. Bar #430517
                United States Attorney's Office
                555 4th Street, NW
                Washington, D.C. 20530
                (202) 616-3702

                /s/ Hank Bond Walther
                Hank Bond Walther
                D.C. Bar # 477218
                Trial Attorney
                Fraud Section, Criminal Division
                United States Department of Justice
                1400 New York Avenue, NW
                Washington, D.C. 20005
                (202) 257-6176

Date:   January 7, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **Criminal No. 07-0122 (RWR)** |
| : | |
| **EDWARD CHUA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**WHEREAS**, on July 13, 2007, the Court held a plea hearing in which defendant Edward Chua pled guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by October 11, 2007;

**WHEREAS**, on October 10, 2007, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation;

**WHEREAS**, the Court granted that request and instructed the parties to file a status report by January 7, 2008;

**WHEREAS**, on January 7, 2008, the government submitted a Status Report, requesting that the Court set a sentencing date for defendant Chua in April 2008;

Based on the above and the entire record in this matter, it is this ____ day of January 2008 hereby

**ORDERED** that defendant Chua will be sentenced on the _____ day of April 2008 at _____ a.m./p.m.

_____
Richard W. Roberts
United States District Court Judge