UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-0122 (RWR) |
| | : |
| EDWARD CHUA, | : |
| | : |
| Defendant. | : |

**FILED**

**JAN 2 9 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

WHEREAS, on July 13, 2007, the Court held a plea hearing in which defendant Edward Chua pled guilty to a two-count Information charging him with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

WHEREAS, at that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by October 11, 2007;

WHEREAS, on October 10, 2007, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation;

WHEREAS, the Court granted that request and instructed the parties to file a status report by January 7, 2008;

WHEREAS, on January 7, 2008, the government submitted a Status Report, requesting that the Court set a sentencing date for defendant Chua in April 2008;

Based on the above and the entire record in this matter, it is this 28th day of January 2008 hereby

**ORDERED** that defendant Chua will be sentenced on the 11th day of April 2008 at 3:30 a.m./p.m. All sentencing memoranda and motions are due by April 4, 2008.

_____
Richard W. Roberts
United States District Court Judge