UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 07-122 (RWR) |
| | : | |
| **EDWARD CHUA,** | : | |
| **Defendant** | : | |

### CONSENT MOTION TO CONTINUE SENTENCING

The defendant, through undersigned counsel, with the consent of the Government and based upon good cause as shown herein, requests that his sentencing be continued to a date convenient to the Court and to the parties. In support of his motion, the defendant states the following:

1. On July 13, 2007, the defendant entered a plea of guilty to a two-count information charging him with conspiracy to defraud the United States, 18 U.S.C. 371 and mail fraud, 18 U.S.C. 3571(d), pursuant to a plea agreement in which he agreed to cooperate with law enforcement authorities. The defendant is scheduled to be sentenced on April 11, 2008, with sentencing memoranda due on April 4, 2008.

2. The defendant has been interviewed by the Probation Office. However, the defendant resides outside of the jurisdiction in California. As such, the Probation Office has informed counsel that it needs additional time to obtain the defendant's records and to otherwise complete its presentence investigation. Based upon the defendant's residence, the Probation Office will need the assistance of a Probation Office in California to complete its investigation, further necessitating additional time. The defendant therefore is requesting a 30-day continuance of his sentencing in order to allow the United States Probation Office sufficient time to complete the PSI report.

4. Hank Walther of the Department of Justice Fraud Section, Criminal Division, has informed counsel that the Government has no objection to and consents to a 30-day continuance of the sentencing.

5. The parties are available on May 14, 13, and 12, 2008 to attend a rescheduled sentencing hearing.

**WHEREFORE**, for good cause shown, the defendant respectfully requests that his sentencing be continued to a date in approximately 30 days that is convenient to the Court and to the parties.

Respectfully submitted,

_____
Mitchell M. Seltzer
Counsel for Chua
Bar No. 261933
717 D Street, NW, Suite #310
Washington, D.C. 20004
202-347-2333

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion To Continue Sentencing has been served electronically upon trial attorney Hank Walther of the Department of Justice this __7th__ day of March 2008.

_____
Mitchell M. Seltzer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-122 (RWR) |
| | : | |
| EDWARD CHUA, | : | |
| Defendant | : | |

## ORDER

Upon consideration of the Consent Motion to Continue Sentencing, and good cause having been shown, it is hereby this _____ day of March 2008,

**ORDERED**, that the motion be **GRANTED;** and it is further

**ORDERED**, that the sentencing is continued to the _____ day of _____ 2008 at _____ A.M./P.M.; and it is further

**ORDERED,** that memoranda in support of sentencing be filed by the _____ day of _____ 2008.

_____
**RICHARD W. ROBERTS**
United States District Court
for the District of Columbia