Case 1:07-cr-00

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **Criminal No. 07-122 (RWR)** |
| | : | |
| | : | |
| **EDWARD CHUA,** | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the Consent Motion to Continue Sentencing, and good cause having been shown, it is hereby this ___14th___ day of March 2008,

**ORDERED,** that the motion be **GRANTED;** and it is further

**ORDERED,** that the sentencing is continued to the ___14th___ day of ___May___ 2008 at ___10:30___ A.M./~~P.M.~~; and it is further

**ORDERED,** that memoranda in support of sentencing be filed by the ___7th___ day of ___May___ 2008.

_____

**RICHARD W. ROBERTS**
United States District Court
for the District of Columbia

*1*