UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-122 (RWR) |
| | : | |
| EDWARD CHUA, | : | |
| Defendant | : | |

**CONSENT MOTION TO EXTEND TIME TO FILE MEMORANDUM IN AID OF SENTENCING**

The defendant, through undersigned counsel, with the consent of the Government and based upon good cause as shown herein, requests that he be granted an additional two days to file his memorandum aid of sentencing.  In support of his motion, the defendant states the following:

1. On July13, 2007, the defendant entered a plea of guilty to a two-count information charging him with conspiracy to defraud the United States, 18 U.S.C. 371 and mail fraud, 18 U.S.C. 3571(d), pursuant to a plea agreement in which he agreed to cooperate with law enforcement authorities.  The defendant is scheduled to be sentenced on May 14, 2008 with sentencing memoranda due May 7, 2008.

2. The government filed a Motion For Section Sect. K1.1 Downward Departure and Memorandum In Aid of Sentencing yesterday. The Probation Office is scheduled to file its final Presentence Investigation Report on May 7, 2008.  Defense counsel needs an additional two days to review these documents and to discuss them with his client, who resides in California, before responding in a sentencing memorandum.  Upon completion of this process, the defense will be prepared to draft and file its sentencing memorandum.  The defendant is therefore requesting a two-day extension of the deadline for the defense to file the Defendant's

Memorandum In Aid of Sentencing in this case.

3. A.U.S.A. Michael K. Atkinson of the Fraud and Public Corruption Section has informed counsel that the Government has no objection to and consents to a two-day extension for the filing of the defendant's Sentencing Memorandum.

**WHEREFORE**, for good cause shown, the defendant respectfully requests that he be granted a two-day extension until May 9, 2008 to file the Defendant's Sentencing Memorandum.

Respectfully submitted,

_____
Mitchell M. Seltzer
Counsel for Edward Chua
Bar No. 261933
717 D Street, NW, Suite #310
Washington, D.C. 20004
202-347-2333

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION has been served electronically upon A.U.S.A. Michael K. Atkinson and Trial Attorney Hank Bond Walther of DOJ this __7th__ day of May 2008.

_____
Mitchell M. Seltzer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 07-122 (RWR) |
| | : | |
| **EDWARD CHUA,** | : | |
| **Defendant** | : | |

### ORDER

Upon consideration of the Consent Motion to Continue Sentencing, and good cause having been shown, it is hereby this _____ day of March 2008,

**ORDERED**, that the motion be **GRANTED;** and it is further

**ORDERED**, that the sentencing is continued to the _____ day of _____ 2008 at _____ A.M./P.M.; and it is further

**ORDERED,** that memoranda in support of sentencing be filed by the _____ day of _____ 2008.

_____
**RICHARD W. ROBERTS**
United States District Court
for the District of Columbia