UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-122 (RWR) |
| | : | |
| EDWARD CHUA, | : | |
| Defendant | : | |

## NOTICE OF FILING OF CORRECTED PROPOSED ORDER

The defendant, through undersigned counsel hereby notifies the court of the filing of the attached proposed order, which corrects the incorrect order previously attached to the Consent Motion To Extend Time To File Sentencing Memorandum.

Respectfully submitted,

_____
Mitchell M. Seltzer
Counsel for Edward Chua
Bar No. 261933
717 D Street, NW, Suite #310
Washington, D.C. 20004
202-347-2333

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice has been served electronically upon A.U.S.A. Michael Atkinson and Trial Attorney Hank Walther of the Department of Justice this __8th__ day of March 2008.

_____
Mitchell M. Seltzer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 07-122 (RWR) |
| | : | |
| **EDWARD CHUA,** | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the Consent Motion to Extend Time to File Memorandum In Aid of Sentencing, and good cause having been shown, it is hereby this _____ day of May, 2008,

**ORDERED**, that the motion be **GRANTED;** and it is further

**ORDERED**, that the Defendant's Memorandum In Aid of Sentencing be filed by the 9th day of May, 2008.

_____
**RICHARD W. ROBERTS,**
**JUDGE**
United States District Court
For the District of Columbia