```
Apr 24 08 09:11a                                                    p.2
```
```
Apr 22 2008 5:44PM    Potomac Pathways    240-246-7851              p.2
```

### HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-122</u> |
| | : | |
| vs. | : | |
| | : | |
| CHUA, Edward | : | Disclosure Date: <u>April 9, 2008</u> |

**FILED**

**MAY 1 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney                                           Date

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

X _[signature]_   4/22/08           _[signature]_   4/23/2008
Defendant            Date            Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 23, 2008</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

**EDWARD CHUA**
Crim. No. 07-122
Receipt and Acknowledgment/
<u>Sentencing Objections:</u>

<u>Page (P). 4., paragraph (par.) 2.</u>  There is no forfeiture demand in the plea agreement, and the defendant has not agreed to forfeit any assets. As stated in its Receipt and Acknowledgment, the government is not seeking forfeiture. (As a practical matter, the defendant has a negative net worth and owns no assets of value.)

<u>P. 4, par. 5.</u>  While the defendant agreed not to seek any adjustments or departures from the adjusted offense level established by the Sentencing Guidelines, he did *not* agree to waive his right to seek a lower sentence, or variance, consistent with the provisions of 18 U.S.C. 3553(a). *See* Plea Agreement at paragraph 8.

<u>P. 4, pars. 7; P. 21 par. 104.</u>  The defendant concurs that the plea agreement includes a provision requiring the government to move for a downward departure pursuant to U.S.S.G. 5 K 1.1. if he substantially assists law enforcement. However, the defense requests that any reference to the defendant's agreement to cooperate with law enforcement should be omitted from the PSI report. Such omission is standard practice, and it protects the defendant from widespread labeling as an informant if he is incarcerated, since the PSI would travel with him at B.O.P.

<u>P. 5, par. 13.</u>  There is no reference to a "CC-1" in the Statement of Offense.

<u>P. 7, par. 21; P. 20, par. 102.</u>  The defendant has not been provided with a copy of the Declaration of Victim Losses. As such, the defendant objects to restitution as calculated.

<u>PPS. 9-10, pars. 37-40; P. 18, par. 85.</u>  The defendant recalls that this case was resolved through a pretrial diversion agreement that required him to complete a specific number of community service hours. As such, and absent a copy of any Judgment for this out-of-state traffic offense, the defendant asserts that no criminal history points should be assessed. Based on a total offense level of 26, and a criminal history category of I, the guideline range of imprisonment is 63-78 months.

<u>P. 11, par. 48.</u>  The defendant's son was born on February 28, *2008*. The defendant's incarceration would cause extreme hardship to his wife and infant son, as his wife would not be able to work full-time and care for the infant simultaneously. At the current time, his wife has a temporary part-time job only, and the defendant assists in the care of their son. His mother in-law has no "status" in the United States and would not be available to reside with the defendant's wife and son, and assist in the care of the latter. In addition, she has a heart condition that would prelude her from participating in such care. Finally, the defendant's wife will not be returning to the Phillipines if the defendant is incarcerated, as the economic and political conditions there would only exacerbate the family's plight.

PPS. 15-17, pars. 72-76. According to a Lexis Nexus computerized search, the defendant transferred his interest in the residence at 1117 Sheila Court to his daughter Carlyne S. Chua on November 22, 2005 in lieu of support obligations to her. *See* attachment "A". She continues to own the property and pays the assessed property tax. *See* attachment "B". The defendant neither has any interest in the property nor is he responsible for any outstanding mortgage obligation. As such, he has a negative "net worth" of minus $46, 933.

In analyzing the defendant's monthly cash flow, it is notable that his wife's employment is temporary during tax season, and is likely to end soon. In addition, he does pay $800 per month rent to his daughter while he resides in her house. As such, his net monthly cash flow is minus $666. (Absent his wife's income, the family cash flow is minus $1,666.)

P. 19, par. 93. The correct statutory provisions are 18 U.S.C. Sects. 3561 *(a)*(3) and (a) (1).

P. 21, par. 105. The history and characteristics of the defendant reflect that with the possible exception of a traffic offense, he has been a law-abiding citizen outside of his involvement in the instant offense. The Court should also consider the defendant's family circumstances, including the need for Mr. Chua to be available to provide and care for his seven-week old child, and the unavailability of any alternative family member to fulfill that role.

_____
Defense Counsel

4/23/2008
_____
Date

Page 1

"A"

3 of 20 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR LOS ANGELES COUNTY, CA

Buyer: CHUA, CARLYNE STEPHANIE SY (Individual(s))

Buyer Mailing Address: 1117 SHEILA CT, MONTEBELLO, CA 90640

Seller: CHUA, EDWARD (Single or Unmarried Man)

Property Address: 1117 SHEILA CT, MONTEBELLO, CA 90640

****************************** SALES INFORMATION ******************************

Sale Date: 11/22/2005

Recorded Date: 11/30/2005

Document Number: 05-2922821

Deed Type: GRANT DEED

Assessor's Parcel Number: 5294-020-046

Legal Description: LOT: 46; CITY: MONTEBELLO; TRACT NUMBER: 41224; RECORDER'S MAP REFERENCE: MB989 PG49-57

-"A"-

09/17/2014 10 28 FAX  2134137100                              ☒001/001

76J735 (1/08)

# PAYMENT ACTIVITY NOTICE
### CITIES, COUNTY, SCHOOLS AND ALL OTHER TAXING AGENCIES IN LOS ANGELES COUNTY
JULY 1, 2007 TO JUNE 30, 2008
225 N. Hill Street, Los Angeles, California 90012
FOR ASSISTANCE CALL 1 (888) 807-2111, OR 1 (213) 974-2111, 1 (213) 974-2196 (TDD)
ON THE WEB AT www.lacountypropertytax.com

ELECTRONIC FUND TRANSFER NUMBER

5294 020 046
CHUA, CARLYNE S
1117 SHEILA CT
MONTEBELLO CA 90640-3475

ID# 19 5294 020 046 7 YR.07 SEQ.0003
PIN.  262898

| ASSESSOR'S ID NO | | | | | 1ST INSTALLMENT 10% Penalty After 12 10 07 | 2ND INSTALLMENT 10% Penalty + $10.00 Cost After 04 10 08 | TOTAL TAX Penalties Apply When Shown |
|---|---|---|---|---|---|---|---|
| Map Book | Page | Parcel | Year | Seq No | | | |
| 5294 | 020 | 046 | 07 | 000 | | | |
| | | TAX | | | 1660 68 | 1660 67 | 3321 35 |
| | | PENALTY | | | 166 06 | 00 | 166 06 |
| | | TOTAL | | | 1826 74 | 1660 67 | 3487 41 |
| | | NET PD/REF | | | 00 | 00 | 00 |
| | | | | | | | 3487 41 |

| | CURRENT ASSESSED VALUE | PRIOR ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|---|
| LAND | 54796 | | 54796 |
| IMPROVEMENTS | 167634 | | 167634 |
| FIXTURES | | | |

There will be a $ 50.00 service charge for any check returned by the bank for any reason

AUTH. NO..  000153 LC
PRINT NO    133577

| TOTAL | 222430 |
|---|---|
| LESS EXEMPTION | |
| NET TAXABLE VALUE | 222430 |

**PLEASE READ THE ENCLOSED INSERT FOR EXPLANATION OF THIS NOTICE**

-"B"-