HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-122 |
| --- | --- | --- |
| vs. | : | SSN: |
| CHUA, Edward | : | Disclosure Date: April 9, 2008 |

**FILED**
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ✓ ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          4.23.08
Prosecuting Attorney                              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____          _____  _____
Defendant        Date              Defense Counsel   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 23, 2008**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number (202) 565-1348, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

TOTAL P.004



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

Writer's Direct Dial: 202-616-3702

April 23, 2008

**VIA FACSIMILE (202-273-0242)**

Renee Moses-Gregory
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 2001

    Re:    ***United States v. Edward Chua,***
           **Presentence Investigation Report, Docket No.: CR-07-057-01**

Dear Ms. Moses-Gregory:

    The Government has received the Presentence Investigation Report ("PSI") regarding Edward Chua and has identified the following material/factual inaccuracies:

    **Page 4, ¶ 2**: Although the Information provided notice to the defendant of the government's intent to seek forfeiture, the government did not include a forfeiture demand in the plea agreement due, in part, to the defendant's purported financial status. Due, however, to the apparent ambiguities in the ownership of a home currently occupied by the defendant, *see* PSR ¶¶ 75-76, the government is reviewing the defendant's financial status. Nevertheless, the government currently does not intend to seek forfeiture at sentencing.

    **Page 5, ¶ 13**: The reference in the first sentence to a "CC-1" should be deleted as there was no CC-1 referenced in the Information or Agreed Statement of Offense.

Renee Moses-Gregory, USPO
Page 2
April 23, 2008

      If you have any questions or need additional information, please let me know. As always, thank you for your assistance in this matter.

                                 Truly yours,

                                 JEFFREY A. TAYLOR

                                 Michael K. Atkinson
                                 Assistant United States Attorney

Enclosure

cc:    Mitchell Seltzer, Esquire (via facsimile -202-628-2881)
       Hank Bond Walther, Esquire